**Order entered July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00837-CV

**J&M SALES OF TEXAS, LLC, Appellant**

**V.**

**ANETTE H. SAMS, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13851**

## ORDER

Before the Court is appellant's motion to extend time to file its notice of appeal. We **GRANT** the motion. Based on the record before the Court, it appears that the Court has jurisdiction over this appeal. Accordingly, appellant's brief is due on or before August 21, 2015. TEX. R. APP. P. 38.6(a).

/s/    CAROLYN WRIGHT
CHIEF JUSTICE